| | |
|---|---|
| D. Greg Durbin<br>William H. Littlewood, # 202877<br>McCormick, Barstow, Sheppard<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:     (559) 433-1300<br>Facsimile:     (559) 433-2300 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Defendants
James R. Hodgson, Jr., James A. Frias, Ram Mechanical,
Inc., and Hodgson-Frias Enterprises, Inc.


William M. Alexander, Jr.
N.C. State Bar No. 008152
Law Offices of William M. Alexander, Jr., PLLC
559 North Justice Street
Hendersonville, NC  28739
Telephone:     (828) 697-6022
Facsimile:      (828) 697-1699

Attorneys for Plaintiff
Ram Mountain Contracting, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| RAM MOUNTAIN CONTRACTING, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>JAMES R. HODGSON, JR., ET AL.,<br><br>            Defendant. | Case No.  2:05-CV-01346-LKK-PAN<br><br>**ORDER RE STIPULATION TO TRANSFER MATTER TO THE FRESNO DIVISION** |

Having reviewed the foregoing STIPULATION, and good cause appearing therefore, it is HEREBY ORDERED that the above-captioned action is TRANSFERRED to the Fresno Division of the Eastern District of California.

Dated: September 9, 2005                                     /s/Lawrence K. Karlton
                                                                                  Lawrence K. Karlton
                                                                                  Senior Judge