William M. Alexander, Jr.  (SPACE BELOW FOR FILING STAMP ONLY)
N.C. State Bar No. 008151
Law Offices of William M. Alexander, Jr, PLLC
559 North Justice Street
Hendersonville, NC  28739
Telephone:     (828) 697-6022
Facsimile:     (828) 697-1699

Attorneys for Plaintiff, Ram Mountain
Contracting, Inc.


D. Greg Durbin, #81749
William H. Littlewood, # 202877
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendants
James R. Hodgson, Jr., James A. Frias, Ram Mechanical,
Inc., and Hodgson-Frias Enterprises, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| RAM MOUNTAIN CONTRACTING, INC., | Case No. 1:05-CV-01142-REC-LJO |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING AND TO CONTINUE SCHEDULING CONFERENCE PRESENTLY SET FOR DECEMBER 6, 2005** |
| v. | |
| JAMES R. HODGSON, JR., ET AL., | |
| Defendant. | |

Upon reviewing the Stipulation for an Extension of Time to File Responsive Pleading and to Continue Scheduling Conference Currently Set for December 6, 2005 entered into by and between Plaintiff Ram Mountain Contracting, Inc. and Defendants James R. Hodgson, Jr., James a. Frias, Ram Mechanical, Inc., and Hodgson-Frias

Enterprises, Inc., and good cause appearing therefore, it is hereby ORDERED as follows:

1.  That Defendants, James R. Hodgson, Jr., James A. Frias, Ram Mechanical, Inc. and Hodgson-Frias Enterprises, Inc., shall have up to an until January 10, 2006 to file and serve their motions, answer, and/or responsive pleadings in the above captioned-matter; and

2.  That the Scheduling Conference currently set to take place in this action on December 6, 2005 is hereby continued until March 30, 2006 at 8:30 a.m. in Department 6 (LJO).

IT IS SO ORDERED.

Dated:   November 14, 2005          /s/ Lawrence J. O'Neill
66h44d                               UNITED STATES MAGISTRATE JUDGE