UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM MOUNTAIN CONTRACTING,<br><br>           Plaintiff,<br>     vs.<br><br>JAMES R. HODGSON, Jr.<br>et al.,<br><br>           Defendants.<br>_____/ | CASE NO. CV F 05-1142 REC LJO<br><br>ORDER AFTER SETTLEMENT |

The parties' counsel have indicated settlement has been reached.  **Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than April 28, 2006, to file papers to dismiss all claims and this action in its entirety.**

**All court dates**, including the March 30, 2006 scheduling conference, and any other pending matters in this action are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order (see attached Notice of this Court's Local Rule 16-160 and Local Rule 16-272).

IT IS SO ORDERED.

**Dated:    March 23, 2006**                   /s/ Lawrence J. O'Neill
66h44d                                        UNITED STATES MAGISTRATE JUDGE