IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM MOUNTAIN CONTRACTING, | CASE NO. CV F 05-1142 REC LJO |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO DISMISS ACTION |
| vs. | |
| JAMES R. HODGSON, Jr., | |
| Defendants. / | |

This Court issued its March 23, 2006 Order After Settlement to require the parties, no later than April 28, 2006, to file papers to dismiss this action in its entirety. Despite assurances from counsel that the papers would be filed, no dismissal papers have been filed. This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS the parties, no later than June 20, 2006, to show cause in writing why sanctions, including dismissal of this action with or without prejudice, should not be imposed for failure to comply with this Court's March 23, 2006 Order After Notice of Settlement. This order to show cause will be deemed vacated if prior to June 20, 2006 papers are filed to dismiss this action in its entirety.

IT IS SO ORDERED.

**Dated:    June 6, 2006**            /s/ Lawrence J. O'Neill
66h44d                                UNITED STATES MAGISTRATE JUDGE

1