ARRYL J. HOROWITT #100898
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff,
RAM MOUNTAIN CONTRACTING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| RAM MOUNTAIN CONTRACTING, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> JAMES R. HODGSON, JR., et al., <br><br> Defendant(s). | NO.   1:05-CV-01142-AWI-LJO <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff, RAM MOUNTAIN CONTRACTING, INC., voluntarily dismisses the above-captioned action without prejudice.

Dated: June 15, 2006                         COLEMAN & HOROWITT, LLP

                                             By: /s/ DARRYL J. HOROWITT
                                             Attorneys for Plaintiff
                                             RAM MOUNTAIN CONTRACTING, INC.

**ORDER**

Plaintiff seeks dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Under Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.  Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995).  A plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment.  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice.  Id.; Concha, 62 F.2d at 1506.

No answers to Plaintiff's complaint and no motions for summary judgment have been filed in this case.  Because Plaintiff has exercised his right to voluntarily dismiss his complaint with prejudice under Rule 41(a)(1), this case has terminated.  See Wilson, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that the Clerk is ordered to close this case in light of Plaintiff's Rule 41(a)(1) Dismissal Without Prejudice.

IT IS SO ORDERED.

**Dated:  June 19, 2006**                        /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE